**In the Interest of K.K.G.; Juvenile Officer, Respondents,**

v.

**M.A.G. (Mother), Appellant,**

**K.L.R. (Father), Defendant.**

**No. WD 65843.**

Missouri Court of Appeals, Western District.

March 28, 2006.

Mark A. Hubbard, Esq., Platte City, MO, Attorney for Respondent.

Sarah E. Recker, Esq., Parkville, MO, Attorney for M.A.G., Appellant.

Bradley P. Grill, Esq., Kansas City, MO, Attorney for K.L.R., defendant.

Tammy J. Glick, Esq., Platte City, MO, Attorney and Guardian for K.K.G.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

## ORDER

PER CURIAM.

M.A.G. appeals from the judgment terminating parental rights to her daughter, K.K.G. Upon review of the briefs and the record, we find clear, cogent, and convincing evidence to support the termination on grounds of abuse and neglect under Section 211.447.4(2). The parties have been provided with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. **Rule 84.16(b).**